UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **RAMON MADRID**, | ) Case No**. 08-01780 RAJ** |
| | ) |
| Plaintiff/Counter-Defendant | ) **ANSWER TO COUNTERCLAIM** |
| | ) |
| vs. | ) |
| | ) |
| **BISHOP, WHITE & MARSHALL, P.S.**, | ) |
| | ) |
| Defendant/Counter-claimant. | ) |

Answering the one and only paragraph of Defendant/Counter-Plaintiff's counterclaim, paragraph ten (¶ 10), Plaintiff/Counter-Defendant denies the same.

**PRAYER FOR RELIEF**

WHEREFORE as to its counter-claim, Plaintiff/Counter-Defendant prays for the following relief:

Answer to Counterclaim - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1. That Defendant/Counter-Plaintiff take nothing by way of its Counterclaim;

2. That Plaintiff/Counter-Defendant be awarded attorneys fees and costs pursuant to 15 USC § 1692 K (a)(3) for defending this counterclaim;

3. That Plaintiff/Counter-Defendant be awarded such other and further relief that the Court deems just and equitable.

Respectfully submitted this 28th day of January, 2009.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff/Counter-Defendant

Answer to Counterclaim - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

# DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that, on this day I caused to be delivered by e-file electronic delivery and regular mail postage pre-paid a copy of the foregoing Answer to Counterclaim to the following addressees:

Krista L. White
Bishop White & Marshall P.S.
720 Olive Way
Ste. 1301
Seattle WA 98101-1801

DATED this 28th day of January, 2009

By: s/Tremain Davis
Tremain Davis

Answer to Counterclaim - 3

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com